# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER, <br><br> Plaintiff, <br><br> v. <br><br> F.B. HAWS, *et al.*, <br><br> Defendants. | Case No. CV 09-5400 JVS (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's June 10, 2011 Report and Recommendation.

DATED: July 19, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE